IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT V. BRADLEY, SR., <br>       *Plaintiff*, <br> v. <br> ROBERT POWELL, <br>       *Defendant*. | CIVIL ACTION <br> NO. 15-04025 |

## ORDER

**AND NOW**, this 18th day of September, 2015, upon consideration of Defendant's Motion to Dismiss Pursuant to Rule 12(b)(2) (ECF No. 2), Plaintiff's response in opposition (ECF No. 4), and Defendant's reply thereto (ECF No. 5), it is **ORDERED** that:

1. Defendant's Motion to Dismiss Pursuant to Rule 12(b)(2) is **DENIED WITHOUT PREJUDICE** so that Plaintiff may engage in jurisdictional discovery limited to the issue of whether Defendant has minimum contacts in Pennsylvania;

2. All jurisdictional discovery shall be completed by **October 19, 2015**; and

3. To the extent that Defendant desires to renew his Motion after jurisdictional discovery has closed, he shall do so by no later than **October 30, 2015**. Plaintiff may file a response by **November 16, 2015**.

                                                 BY THE COURT:

                                                 /s/ Gerald J. Pappert
                                                 GERALD J. PAPPERT, J.