IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT V. BRADLEY, SR., <br><br> *Plaintiff*, <br><br> v. <br><br> ROBERT POWELL, <br><br> *Defendant*. | CIVIL ACTION <br> NO. 15-04025 |

## ORDER

**AND NOW**, this 7th day of April, 2016, upon consideration of Defendant Robert Powell's ("Powell") Motion to Dismiss (ECF No. 8) and Plaintiff Robert V. Bradley, Sr.'s ("Bradley") Response, it is hereby **ORDERED** that the motion is **DENIED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.

1